IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANGELA OWENS     PLAINTIFF

vs.     CASE NO. **4:05CV1887GH**

STANDARD INSURANCE
COMPANY, ET AL.     DEFENDANTS

**ORDER**

On joint motion of the parties, defendant Standard Insurance Company is hereby dismissed with prejudice.

IT IS SO ORDERED this 20th day of December, 2006

.                         _/s/ George Howard, Jr._
                               UNITED STATES DISTRICT JUDGE